

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>David Toctasi Suiaunoa<br><br>Defendant. | Case No. 16-CR-00185-PA<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant

1 | submitted to detention.
2 |
3 |
4 | and/or
5 | B.   ( )   The defendant has not met his/~~her~~ burden of establishing by clear and
6 | convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of
7 | any other person or the community if released under 18 U.S.C. § 3142(b) or
8 | (c). This finding is based on: the defendant submitted to detention.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/11/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE